| | |
|---|---|
| 1  Michael L. Harrison (Cal. St. Bar #55150) | FILED |
| 2  HARRISON & KAYLOR | |
| 3  16400 Lark Avenue, Suite 250 **ADR** | 2007 OCT 11  P 2: 00 |
| 4  Los Gatos, CA 95032 | |
| 5  Tel.: (408) 358-7700 | RICHARD W. WIEKING |
| 6  Fax: (408) 996-3691 | CLERK |
| 7  Email: mlharr@ix.netcom.com | U.S. DISTRICT COURT |
| 8  **E-FILING** | NO. DIST. OF CA. S.J. |
| 9  Attorney for Plaintiff | |
| 10    Matthew K. Potts | |



## UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

**C07  05213  BZ**

| | |
|---|---|
| MATTHEW K. POTTS, an individual, | |
|     Plaintiff, | CASE NO. |
| v. | |
| VF OUTDOOR, INC., a Delaware | |
| Corporation, and DOES I through X, | **CERTIFICATION OF** |
|     Defendant(s). | **ENTITIES OR PERSONS** |
| | **( CIVIL L. R. 3-16 )** |

    Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (I) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:



CERTIFICATION OF ENTITIES - CIVIL L R 3-16    - 1 -

1  New Management, Inc., the licensee under the patent that is the subject of this
2  action;

4  Ring Corporation, a Delaware corporation that owns 100% of the stock of
5  Defendant VF Outdoor, Inc.

7                                              DATED: October 10, 2007

*[signature]*

Michael L. Harrison
HARRISON & KAYLOR
Attorney of Record for
 Plaintiff Matthew K. Potts

CERTIFICATION OF ENTITIES - CIVIL L R 3-16          - 2 -