Michael L. Harrison (Cal. St. Bar #55150)
HARRISON & KAYLOR
16400 Lark Avenue, Suite 250
Los Gatos, CA 95032
Tel.: (408) 358-7700
Fax: (408) 996-3691
Email: mlharr@ix.netcom.com

Attorney for Plaintiff
   Matthew K. Potts

# UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW K. POTTS, an individual,<br>   Plaintiff,<br>v.<br>VF OUTDOOR, INC., a Delaware Corporation, and DOES I through X,<br>   Defendant(s). | CASE NO.  C07 05213 BZ<br><br>**DECLARATION OF MICHAEL L. HARRISON IN SUPPORT OF ADMINISTRATIVE MOTION TO EXTEND DEADLINES SET FORTH IN THE "ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES," and to EXTEND DEADLINE TO ACCEPT OR REJECT MAGISTRATE JUDGE** |

   I, Michael L. Harrison, make the following declaration in support of the accompanying motion.

1.  I am an attorney at law duly licensed to practice in all of the courts of the State of California, and am the attorney of record for the plaintiff in this action.

2.  Plaintiff has not attempted to serve the Complaint and Summons on defendant VF

1  OUTDOOR, INC. ("defendant") for the reason that plaintiff and defendant have been
2  engaged in discussions of a proposal that may lead to a resolution of the dispute
3  underlying this action, without necessity for further proceedings in court.  In the interest
4  of furthering these discussions without adding the complication and acrimony of
5  litigation, and to avoid incurring further costs and attorney fees, plaintiff has refrained
6  from advancing the litigation forward until these discussions have concluded in one way
7  or another.

3. No attempt has been made by plaintiff to obtain defendant's stipulation to this motion as defendant has not yet been served and has therefore not yet appeared in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is being executed on the date last written below.

February 25, 2008

/s/ Michael L. Harrison