Michael L. Harrison (Cal. St. Bar #55150)
HARRISON & KAYLOR
16400 Lark Avenue, Suite 250
Los Gatos, CA 95032
Tel.: (408) 358-7700
Fax: (408) 996-3691
Email: mlharr@ix.netcom.com

Attorney for Plaintiff
   Matthew K. Potts

# UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

MATTHEW K. POTTS, an individual,
   Plaintiff,
v.

VF OUTDOOR, INC., a Delaware Corporation, and DOES I through X,
   Defendant(s).

CASE NO.   C07 05213 BZ

**[PROPOSED] ORDER**
GRANTING EX PARTE APPLICATION TO EXTEND DEADLINES SET FORTH IN THE "ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES," (As Once Previously Extended)," and to EXTEND DEADLINE TO ACCEPT OR REJECT MAGISTRATE JUDGE

The Court, having reviewed plaintiff MATTHEW K. POTTS' "EX PARTE APPLICATION TO EXTEND DEADLINES SET FORTH IN THE "ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES," (As Once Previously Extended), and to EXTEND DEADLINE TO ACCEPT OR REJECT MAGISTRATE JUDGE," and the accompanying declaration of Michael L. Harrison, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. That the Initial Case Management Conference, and all deadlines set forth therein, be continued and extended as follows:

    a. The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference is extended to _____;

    b. The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is extended to _____; and

    c. The Initial Case Management Conference is continued to _____.

2. That the deadline to either accept or decline the appointment of a magistrate judge for all purposes is extended to _____.

DATED: _____, 2008

_____
Judge Bernard Zimmerman
United States District Court