1 | Michael L. Harrison (Cal. St. Bar #55150)
2 | HARRISON & KAYLOR
3 | 16400 Lark Avenue, Suite 250
4 | Los Gatos, CA 95032
5 | Tel.: (408) 358-7700
6 | Fax: (408) 996-3691
7 | Email: mlharr@ix.netcom.com

9 | Attorney for Plaintiff
10 |   Matthew K. Potts

# UNITED STATES DISTRICT COURT
## FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW K. POTTS, an individual,<br>    Plaintiff,<br>v.<br>VF OUTDOOR, INC., a Delaware Corporation, and DOES I through X,<br>    Defendant(s). | CASE NO.   C07 05213 BZ<br><br>~~[PROPOSED]~~ ORDER GRANTING EX PARTE APPLICATION TO EXTEND DEADLINES SET FORTH IN THE "ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES," (As Previously Extended)," and to EXTEND DEADLINE TO ACCEPT OR REJECT MAGISTRATE JUDGE |

The Court, having reviewed plaintiff MATTHEW K. POTTS' "EX PARTE APPLICATION TO EXTEND DEADLINES SET FORTH IN THE "ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES," (As Previously Extended), and to EXTEND DEADLINE TO ACCEPT OR REJECT MAGISTRATE JUDGE," and the accompanying declaration of Michael L. Harrison, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. That the Initial Case Management Conference, and all deadlines set forth therein, be continued and extended as follows:

    a.    The last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan and to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone conference is extended to  April 6, 2009

    b.    The last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement is extended to  April 13, 2009   and

    c.    The Initial Case Management Conference is continued to  April 20, 2009 at 4:00p.m.

2. ~~That the deadline to either accept or decline the appointment of a magistrate judge for all purposes is extended to _____.~~

There will be no further exparte continuances of these dates.

2. That the deadline for plaintiff to either accept or decline the appointment of a magistrate judge for all purposes is extended to **February 2, 2009**

DATED: _____ January 20 ____, 2009

_____
Judge Bernard Zimmerman
United States District Court

~~[PROPOSED]~~ ORDER GRANT'G.  EX PARTE APP

20080929                                           - Page 2 -        CASE NO.   C07 05213 BZ